**No. 65586.**—Frederick's of Hollywood et al. *v.* United States, protests 59/9410, etc. (Los Angeles).

Opinion by FORD, J. In accordance with oral stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the nylon underwear is similar in use to silk underwear and the nylon gloves are similar in use to silk gloves, the claims of the plaintiffs were sustained.

**No. 65587.**—Coats & Clark, Inc. *v.* United States, protest 60/1583 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of spun nylon yarn, plied, similar in use to spun silk yarn, plied, the claim of the plaintiff was sustained.

MAY 2, 1961

**No. 65588.**—SUIT 5046.—United States *v.* National Carloading Corp. and James S. Baker Import Co.— ▮▮▮▮▮▮▮▮ —Abstract 64233 affirmed March 15, 1961. C.A.D. 767.